```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: September 17, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
    HILLIARD ENERGY LTD,                              :

              Plaintiff,                     :         21-cv-6181 (ALC)
    -against-                               :
                                      :         **ORDER**
    TRISHE RESOURCES INC. ET AL,         :

            Defendants.                  :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court grants Defendant Punjab's request to extend its time to respond to the complaint until 21 days after the Court's decision on the requested stay. Additionally, Plaintiff shall respond to Defendant's request for a stay by September 21, 2021.

**SO ORDERED.**

**Dated:** September 17, 2021

    New York, New York                               **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**