UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
HILLIARD ENERGY LTD.,

                Plaintiff,

            -against-

TRISHE RESOURCES INC. ET AL.,

                Defendants.
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan.25,2022

1:21-cv-6181 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

    No later than February 1, 2022, the parties shall file a joint status letter on the status of the state proceedings and proposed next steps in this action. The case is preliminarily stayed, nunc pro tunc, until February 1, 2022, at which time the Court will reconsider the request to stay this action.

**SO ORDERED.**

Dated:    January 25, 2022
               New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**