| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------------- x<br>**HILLIARD ENERGY LTD.,**<br>　　　　　　　　　　**Plaintiff,**<br>　　　　　-against-<br>**TRISHE RESOURCES INC. ET AL.,**<br>　　　　　　　　　　**Defendants.**<br>----------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Feb.15,2022<br><br>**1:21-cv-6181 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of the Parties' joint submission regarding the requested stay. The Court STAYS this matter, pending the decision of the Third Appellate District Court of Ohio. Within one week of the decision, the Parties shall submit a joint status letter regarding next steps.

**SO ORDERED.**

**Dated:**　February 15, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Carter, Jr.*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**