

# LAW OFFICE OF A. MANNY ALICANDRO
**85 JOHN STREET, SUITE 10N**
**NEW YORK, NY 10038**

August 10, 2022

VIA PACER

Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Thurgood Marshall United States Court House
40 Foley Square
New York, NY 10007

**RE: Hillard Energy v. Punjab National Bank (International) LTD.** *et al.*
  **Case No.: 1:21-cv-06181-ALC**

Dear Judge Swain,

The parties submit this joint letter to the Court requesting an adjournment of two (2) weeks as we are currently engaged in settlement discussions and believe we have reached an agreement in principle. The parties have agreed to adjourn the due date of Plaintiff's opposition to the Defendant's motion to dismiss from August 15, 2022 to August 29, 2022 and the return date from September 9, 2022 to September 23, 2022. The parties verily believe that two weeks is adequate time to complete any further negotiations.

Sincerely,

/s/ A. Manny Alicandro                                        /s/ Elio Forcina

A. Manny Alicandro                                             Elio Forcina
*Attorney for Plaintiffs*                                      *Attorney for Plaintiffs*
85 John Street, Suite 10N                                      66-85 73rd Place, 2nd Floor
New York, NY 10038                                             Middle Village, NY 11379
(646) 509-3842                                                 (347) 528-7099
Manny@alicandrolawoffice.com                                   forcinalaw@gmail.com


/s/ Joseph E. Czerniawski                                      /s/ John Murphy

Joseph E. Czerniawski                                          John Murphy

| | |
|---|---|
| *Attorney for Defendant Punjab*<br>7 Times Square, 18th Floor<br>New York, NY 10036<br>(212) 490-9100<br>jczerniawski@condonlaw.com | *Attorney for Defendants*<br>171 Madison Avenue, Suite 305<br>New York, NY 10016<br>(646) 862-2012<br>jmurphy@johnmurphylaw.com |