IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLIARD ENERGY, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> TRISHE RESOURCES, INC., TRISHE WIND MINNESOTA, LLC., TRISHE WIND COLORADO, LLC, CITIBANK N.A., and PUNJAB NATIONAL BANK (INTERNATIONAL) LTD., <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br><br> Case No.: 21-cv-6181 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff HILLIARD ENERGY, LTD., and their counsels, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendants TRISHE RESOURCES, INC., TRISHE WIND MINNESOTA, LLC., TRISHE WIND COLORADO, LLC., and PUNJAB NATIONAL BANK (INTERNATIONAL) LTD.  This action was previously dismissed against named Defendant CITIBANK N.A., on September 7, 2021.

Date:   August 26, 2022

*/s/ A. Manny Alicandro*                              */s/ Elio Forcina*

A. Manny Alicandro                                       Elio Forcina
*Attorney for Plaintiff*                                       *Attorney for Plaintiff*
85 John Street, Suite 10N                              66-85 73rd Place, 2nd Floor
New York, NY 10038                                      Middle Village, NY 11379
(646) 509-3842                                                 (347) 528-7099
Manny@alicandrolawoffice.com                  forcinalaw@gmail.com